**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        In re Probir K. Bondyopadhyay and Madhuri Bondyopadhyay

Appellate case number:   01-22-00427-CV

Trial court case number:   2021-43287

Trial court:                        157th District Court

Date motion filed:           July 8, 2022

Party filing motion:         Relators


It is ordered that the motion for en banc reconsideration is denied.  *See* TEX. R. APP. P. 49.7.  All pending motions are overruled as moot.


Judge's signature: _____/s/ Sherry Radack_____
                              Acting for the Court

En banc Court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date:  _____August 2, 2022_____